THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COMMONWEALTH BOND CORPORATION, CLARK G. KUNEY and EDWARD A. SAUTER, Appellants.

Argued October 20, 1937; decided January 4, 1938.

*James F. Donnelly* and *Merwin Lewis* for appellants.

*William Copeland Dodge,* District Attorney (*Arthur Markewich, Robert S. Rubin* and *LeRoy Mandle* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, FINCH and RIPPEY, JJ.; CRANE, Ch. J., and LOUGHRAN, J., dissent and vote for reversal of the judgment of conviction.